In the Matter of CHINESE STAFF AND WORKERS' ASSOCIATION et al., Appellants, v AMANDA M. BURDEN, as Director of the New York City Department of City Planning, et al., Respondents.

Submitted March 19, 2012; decided March 22, 2012

Reported below, 88 AD3d 425.

Motion by Natural Resources Defense Council et al. for leave to file a brief amici curiae on the appeal herein granted and the proposed brief is accepted as filed.